IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       1:23cr323-MHT
                            )            (WO)
CHRISTOPHER DEAN BROWN      )
```

ORDER

Based on the representations made on the record on January 17, 2024, it is ORDERED that:

(1) Another status conference to discuss defendant Christopher Dean Brown's progress is set for July 12, 2024, at 2:00 p.m., via videoconference, with defendant Brown, the supervising probation officer, and government and defense counsel. Defendant Brown shall attend the videoconference from the office of his supervising probation officer, Christopher Robertson. The courtroom deputy shall arrange for the videoconference.

(2) Three business days before the above status conference, the supervising probation officer and

defense counsel shall file status reports on how defendant Brown is faring. In particular, defense counsel is to address whether the mental-health treatment defendant Brown is receiving adequately addresses his mental-health needs, including how he handles stress, his sleep problems, if any, and the concerning incident he related of "blacking out" in prison.

(3) No later than January 25, 2024, defense counsel is to submit a report (i) regarding her efforts to obtain defendant Brown's prison records, including his medical and mental-health records; and (ii) if she has obtained these records, what they show with regard to his mental health in general and what they show with regard to the "blackout" he mentioned yesterday (including the circumstances surrounding it) and any other blackouts or troubling mental incidents.

DONE, this the 18th day of January, 2024.

                                       /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**